UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISTATE ROOFING INC,

    Plaintiff,

v.

PROROOFING INC,

    Defendant.

CASE NO. 2:20-cv-01516-RAJ-BAT

**ORDER GRANTING JOINT REQUEST TO EXTEND INITIAL SCHEDULING DATES**

Pursuant to the parties' Joint Request to Extend Initial Scheduling Dates (Dkt. 18) and for good cause shown, the Court **GRANTS** the request and amends the April 1, 2021 Order (Dkt. 17), as follows:

| Event | Previous Dates | New Dates |
| --- | --- | --- |
| Deadline for Fed. R. Civ. P. 26(f) Conference: | 4/29/2021 | **5/21/2021** |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 5/13/2021 | **6/04/2021** |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | 5/27/2021 | **6/17/2021** |

DATED this 9th day of April, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING JOINT REQUEST TO
EXTEND INITIAL SCHEDULING DATES - 1