UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISTATE ROOFING INC,

     Plaintiff,

  v.

PROROOFING INC,

     Defendant.

CASE NO. 2:20-cv-01516-RAJ-BAT

**ORDER SETTING TRIAL DATE
AND PRETRIAL SCHEDULE**

   This case has been referred to the undersigned United States Magistrate Judge for all

pretrial proceedings. The Court has reviewed the parties' Joint Status Report (Dkt 22), and issues

the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **September 21, 2021** |
| Deadline for amending pleadings | **October 22, 2021** |
| Disclosure of expert witnesses under FRCP 26(a)(2)(A) due | **December 27, 2021** |
| Last day for service of written fact discovery | **February 21, 2022** |
| All motions related to discovery must be noted for consideration no later than | **March 11, 2022** |
| Fact Discovery to be completed by | **March 21, 2022** |
| Mediation per CR 39.1(c) held no later than | **April 21, 2022** |
| Service of expert reports by parties on all issues for the party bears the burden of proof | **May 6, 2022** |

| | |
|---|---|
| Service of rebuttal expert reports | **May 21, 2022** |
| Last day for Expert Depositions | **June 21, 2022** |
| All dispositive motions must be filed pursuant to CR 7(d) | **June 23, 2022** |
| All *Daubert* motions must be filed by | **June 23, 2022** |
| Plaintiff's CR 16 Pretrial Statement due | To be set by assigned District Judge |
| Defendant's CR 16 Pretrial Statement due | To be set by assigned District Judge |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | To be set by assigned District Judge |
| Agreed CR 16.1 Pretrial Order due | To be set by assigned District Judge |
| Pretrial conference scheduled in Courtroom 12A | To be set by assigned District Judge |
| Jury Trial        Estimated trial length: five day | To be set by assigned District Judge |

The parties disagree regarding whether the Court should set separate, accelerated deadlines for discovery and a dispositive motion relating to Defendant's affirmative defenses. The Court declines to truncate discovery on this single issue as the parties otherwise request over a year to conduct and complete discovery in this case.

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. If the dates set in this matter create an irreconcilable conflict, counsel must notify Deputy Clerk Andy Quach in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

## TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement.

## DISCOVERY

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. If there is a dispute the parties believe can be resolved through a phone conference with the court, the parties should contact Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible.

## SETTLMENT AND MEDIATION

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

## OTHER PRETRIAL DEADLINES AND TRIAL DATE

If the case is not resolved through settlement or rulings on dispositive motions, the assigned District Judge will set the due dates for pretrial statements, exhibits, motions in limine and also set the trial date.

## OPTION TO CONSENT

If the parties decide to exercise their option to consent to the undersigned United States Magistrate Judge, they should advise Andy Quach via e-mail at:

andy_quach@wawd.uscourts.gov, no later than **July 22, 2021**. If the parties decide to consent, the undersigned will set a jury trial date and due dates for pretrial statements, exhibits, and motions in limine.

DATED this 8th day of July, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge