1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT,**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Tristate Roofing Inc., a Washington corporation, | Civil Action 2:20-cv-01516-RAJ-BAT |
| Plaintiff / Counterdefendant, | **ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER DEADLINE** |
| v. | |
| ProRoofing NW Inc. a Washington corporation | |
| Defendant / Counterclaimant. | |

The Court, having considered the parties' Stipulated Motion to Modify Scheduling Order Deadline and for good cause shown, hereby **GRANTS** the request. The Scheduling Order shall be modified as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Deadline for joining additional parties | **September 21, 2021** | **September 21, 2021** |
| Deadline for amending pleadings | **October 22, 2021** | **October 22, 2021** |
| ~~Disclosure of expert witnesses under FRCP 26(a)(2)(A) due~~ | **December 27, 2021** | -- |
| Last day for service of written fact discovery | **February 21, 2022** | **February 21, 2022** |
| All motions related to discovery must be noted for consideration no later than | **March 11, 2022** | **March 11, 2022** |
| Fact Discovery to be completed by | **March 21, 2022** | **March 21, 2022** |
| Mediation per CR 39.1(c) held no later than | **April 21, 2022** | **April 21, 2022** |
| Service of expert reports by parties on all issues for the party bears the burden of proof | **May 6, 2022** | **May 6, 2022** |
| Service of rebuttal expert reports | **May 21, 2022** | **May 21, 2022** |
| Last day for Expert Depositions | **June 21, 2022** | **June 21, 2022** |
| All dispositive motions must be filed pursuant to CR 7(d) | **June 23, 2022** | **June 23, 2022** |
| All *Daubert* motions must be filed by | **June 23, 2022** | **June 23, 2022** |
| Plaintiff's CR 16 Pretrial Statement due | To be set by assigned District Judge | To be set by assigned District Judge |
| Defendant's CR 16 Pretrial Statement due | To be set by assigned District Judge | To be set by assigned District Judge |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | To be set by assigned District Judge | To be set by assigned District Judge |
| Agreed CR 16.1 Pretrial Order due | To be set by assigned District Judge | To be set by assigned District Judge |

| Event | Previous Date | New Date |
|---|---|---|
| Pretrial conference scheduled in Courtroom 12A | To be set by assigned District Judge | To be set by assigned District Judge |
| Jury Trial<br><br>Estimated trial length: five day | To be set by assigned District Judge | To be set by assigned District Judge |

**IT IS SO ORDERED** this 23rd day of December, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge