UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTATE ROOFING INC,<br><br>                    Plaintiff,<br><br>       v.<br><br>PROROOFING NW INC,<br><br>                    Defendant. | CASE NO. 2:20-cv-01516-RAJ-BAT<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL** |

Pursuant to Defendant ProRoofing, Inc.'s unopposed motion to seal (Dkt. 39) and for good cause shown, it is **ORDERED** that the following documents shall be sealed:

1. ProRoofing's Unredacted Motion for Summary Judgment (Dkt. 40);

2. The Unredacted Declaration of Alex Silva in support of ProRoofing's Motion for Summary Judgment (Dkt. 41);

3. Exhibits 8 and 9 filed in support of ProRoofing's Motion for Summary Judgment (Dkt. 42).

Dated this 8th day of March, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
TO SEAL - 1