UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISTATE ROOFING INC,

        Plaintiff,

v.

PROROOFING NW INC,

        Defendant.

CASE NO. 2:20-cv-01516-RAJ-BAT

**ORDER GRANTING UNOPPOSED MOTION TO SEAL**

Pursuant to Plaintiff Tristate Roofing, Inc.'s unopposed motion to seal (Dkt. 50) and for good cause shown, it is **ORDERED** that the following documents shall be sealed:

1. Plaintiff's unredacted opposition to defendant's motion for summary judgment (Dkt. 51);

2. Alessandro Silva's unredacted declaration (Dkt. 54); and

3. An unredacted exhibit to Mr. Silva's declaration (Dkt. 54, Ex. A).

Dated this 21st day of March, 2022.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
TO SEAL - 1