UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTATE ROOFING INC,<br><br>     Plaintiff,<br><br> v.<br><br>PROROOFING NW INC,<br><br>     Defendant. | CASE NO. 2:20-cv-01516-RAJ-BAT<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL** |

  Plaintiff Tristate Roofing Inc.'s ("Tristate") unopposed motion to file under seal. Dkt. 64. For good cause shown, the Court **GRANTS** Plaintiff Tristate's motion to seal (Dkt. 64) its reply for its motion for sanctions.

  DATED this 11th day of April, 2022.

                 _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge