**UNITED STATES DISTRICT COURT,**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Tristate Roofing Inc., a Washington corporation, <br><br>    Plaintiff / Counterdefendant, <br><br>v. <br><br>ProRoofing NW Inc. a Washington corporation <br><br>    Defendant / Counterclaimant. | Civil Action 2:20-cv-01516-RAJ-BAT <br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER DEADLINE** |

The Court, having considered the parties' Stipulated Motion to Modify Scheduling Order Deadline (Dkt. 70) and for good cause shown, hereby **GRANTS** the request. The Scheduling Order shall be modified as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Mediation per CR 39.1(c) held no later than | **April 21, 2022** | **June 21, 2022** |

**IT IS SO ORDERED** this 21st day of April, 2022.

                                                                                     BRIAN A. TSUCHIDA
United States Magistrate Judge